

IN THE
TENTH COURT OF APPEALS

No. 10-15-00159-CV

KILLEEN MAJESTIC HOMES, INC.,

Appellant

v.

CENTEX ASSOCIATES, LLC AND CENTEX
ASSOCIATES, LLC D/B/A CENTEX REALTY, LLC,

Appellees

From the 74th District Court
McLennan County, Texas
Trial Court No. 2013-1149-4

MEMORANDUM OPINION

The Clerk of this Court notified Appellant by letter dated June 4, 2015 that the original filing fee of $195.00 was past due and that unless Appellant paid the filing fee within fourteen days or filed an indigence affidavit, the appeal would be dismissed without further notification. More than fourteen days have passed, and Appellant has not paid the filing fee.

This appeal is dismissed. *See* TEX. R. APP. P. 42.3(b, c); 10TH TEX. APP. (WACO) LOC. R. 5(c).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. Tex. R. App. P. 12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007); *see also* Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 5; Tex. Gov't Code Ann. §§ 51.207(b), 51.208, 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. Tex. R. App. P. 2. The write-off of the fees from the accounts receivable of the Court does not eliminate the fees owed by Appellant.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 25, 2015
[CV06]

